UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 24-20031-CIV-MARTINEZ

EMILIO PINERO,

    Plaintiff,

v.

NAZARI ASSOCIATES VI, LLC and
GASDORAL MANAGEMENT LLC
d/b/a GAS DORAL MOBIL,

    Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** came before the Court *sua sponte*. Proof of service on Defendants Nazari Associates VI, LLC and Gasdoral Management LLC has been filed on the record indicating that the Defendants were served with process and that the deadline to respond to the Complaint was **February 2, 2024**. (ECF Nos. 6, 7). Defendants moved to extend the deadline to respond to the Complaint to **February 22, 2024**, (ECF No. 9), which this Court granted, (ECF No. 10). Defendants then moved a second time to extend the response deadline to **March 13, 2024**, (ECF No. 11), which this Court also granted, (ECF No. 12). To date, Defendants have failed to answer or otherwise respond to the Complaint. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall file an Entry of Default against Defendants Nazari Associates VI, LLC and Gasdoral Management LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 14 day of March 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record